

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-91,844-01

### EX PARTE JOE ALEJANDRO, AKA, JOE SANTILLANA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W14-12813-H(A) IN CRIMINAL DISTRICT COURT NO. 1
### FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of aggravated sexual assault and sentenced to sixty years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *Santillana v. State*, No. 05-16-01046-CR (Tex. App.—Dallas Oct. 4. 2018) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On October 14, 2020, we denied this application without written order. Applicant, however, had timely filed in this Court a motion to hold his application. We now reconsider on our own motion our prior disposition in this case and hold this application for forty-five days. Should Applicant supplement the record in the trial court with evidentiary materials, the district clerk shall

immediately forward these materials to this Court as a supplemental record.  Applicant's motion to

hold is dismissed.


Filed:   February 3, 2021
Do not publish